# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4661
_____

MICHAEL SHERVIN CROUCH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.
_____

Petition for Writ of Certiorari – Original Jurisdiction.

March 27, 2018

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charlie Cofer, Public Defender, Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore and Amanda D. Stokes, Assistant Attorneys General, Tallahassee, for Respondent.